Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
_____ Division

FILED by __P6__ D.C.
MAY 11 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

18-CV-61060-COOKE/WHITE

Jorge Herrera Bernal

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Paul Cohen

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

cat / div __550/1983/FTL__
Case # _____
Judge _____ Mag __White__
Motn Ifp _____ Fee pd $ _____
Receipt # _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jorge Mauricio Herrera Bernal
  All other names by which you have been known:
  ID Number: 501700408
  Current Institution: Broward County main Jail
  Address: Post Office Box 9356
  Fort Lauderdale FL 33310
  City / State / Zip Code

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Paul Cohen
  Job or Title (if known): Agent DEA
  Shield Number:
  Employer: DEA
  Address:
  Weston FL 33326
  City / State / Zip Code
  ☐ Individual capacity  ☒ Official capacity

  Defendant No. 2
  Name: Please, put name of Director DEA in weston, I don't know name "Thanks"
  Job or Title (if known): Director o Principal in DEA of Weston
  Shield Number:
  Employer:
  Address: General Director DEA
  Weston FL 33326
  City / State / Zip Code
  ☐ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Donald Trump
Job or Title (if known): President USA
Shield Number:
Employer: The White House
Address: 1600 Pennsylvania Avenue, Washington DE
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: Melania Trump
Job or Title (if known): First Lady
Shield Number:
Employer: The White House
Address: 1600 Pennsylvania Avenue, Washington DC
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal Agent Paul Cohen Keep me Kidnapped in Broward County main Jo.l and his Father Geoffrey Cohen help him.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I'm in Broward County main jail without evidence fa. The Judge Cohen because Paul Cohen want to robber me SM about reward Jaime Alberto Marin Zamora.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

I'm Kidnapped from February 2016

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Lose all my money, my properties me Freedom and the Agent Paul Cohen sent me to Kill (2) two times, one in Jail in Agost 20.2017 and other in 08-16-11, Paul Cohen sent me to crash my car with other car very strong. He sent to kill all my Familie

V. Injuries This day.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sent letters to o President Trump and Melania Trump Deputy Deppeltier CCN 11743. witness about I sent many letter to President Trump and his wife Melania Trump but they no help me.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want 100 M dollars, many evidence about this problem in U.S district Court of Florida. Paul Cohen ending my life and all my Family now in dangerous and Maybe Daniel Barrera Alias el Loco Barrera o Moryury Chacon Russell o Jaime Alberto Morin send to Kill my Family because Paul Cohen give all information about Jorge Mauricio Herrera Bernal, To them.

Page 5 of 11

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Broward County main Jail.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)? all information in system Kios o machine y Broward County main Jail

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Machine in Broward County main Jail.

2. What did you claim in your grievance? Black man try to kill me and abaul Paul Cohen too.

3. What was the result, if any? Nothing

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Talked with Deputy, sargent, loutenin I wrote letter to Sheriff Scott Israel but anyone help me, Nothing.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I want The president Trump and First lady Know about this problem. I respect President and his wife.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I believe that Mr. President Trump "NO" know nothing because Deputy Deppeltir take latters of First lady and President Trump too.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. with respect put in this compbint to President trump and First lady Melania trump because I sent letters to them and they no help me. I wrote in This letter about Paul Cohen to

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) Jorge Herrera Bernal
   Defendant(s) Sargent Clayton.

2. Court (if federal court, name the district; if state court, name the county and State)
   U.S district Court Florido.

3. Docket or index number
   0:17 cv 62096

4. Name of Judge assigned to your case
   Patrick A White.

5. Approximate date of filing lawsuit
   10-23-17

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
   I don't know nothing, police retain my correspondence about Federal Court

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05-07-18

Signature of Plaintiff: Jorge Mauricio Herrera B

Printed Name of Plaintiff: Jorge Mauricio Herrera Bernal

Prison Identification #: 501700408

Prison Address: Post office Box 9356
Fort lauderdale, Fl 33301

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Jorge Mauricio Herrera Berrio
Inmate # 501
Broward County Main Jail Facility
P.O. Box 9356
Fort Lauderdale, FL 33310
05-06-18

This letter originates from a Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.

INSPECTED USMS
RECEIVED

United States
Southern District of Florida.
District Court
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

NOTE: Police open legal letters.
PAU. conth

X Legal document